IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01857-KLM

MICHAEL ELLIS,
ALLEN J. WIESENFELD, and
PETER TUCKER,

Plaintiffs,

v.

THE SPECTRANETICS CORPORATION,
SCOTT DRAKE, and
GUY A CHILDS,

Defendants,

---

**JUDGMENT**

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, FINAL JUDGMENT is entered.

Pursuant to the Order #[44] entered by Magistrate Judge Kristen L. Mix on March 31, 2018, which order is incorporated by reference, it is

ORDERED that the Motion to Dismiss First Amended Class Action Complaint for Violations of Federal Securities Laws and Memorandum in Support Thereof [33] is GRANTED. It is

FURTHER ORDERED that judgment shall enter in favor of Defendants The Spectranetics Corporation, Scott Drake and Guy A. Childs and against Plaintiffs Michael Ellis, Allen J. Wiesenfeld and Peter Tucker. It is

FURTHER ORDERED that the claims are dismissed and the Clerk of Court is

directed to close this case.

DATED at Denver, Colorado April 3, 2018.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ L. Galera
Laura Galera
Deputy Clerk